THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLEN THOMAS STEWART,<br><br>　　　　　Defendant. | CASE NO. CR11-0120-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on the show cause hearing held on Tuesday, February 21, 2017 (Dkt. No. 1184). At the hearing, Counsel Charles Johnston explained that he has not produced Defendant Glen Thomas Stewart's case file because it is no longer in Johnston's possession. Johnston informed the Court that his assistant sent the entire file to Stewart's wife in Blaine, Washington three years ago. Prior to the hearing, Johnston also checked his files at his office and found nothing belonging to Stewart.

　　　Per the Court's oral direction, Johnston shall send a letter to the Court explaining these circumstances and deliver a copy of that letter to Stewart.

　　　This satisfies Stewart's motion to show cause (Dkt. No. 1178). The Clerk is DIRECTED to terminate the motion and send a hard copy of this order to Stewart and Johnston.

1     DATED this 28th day of February 2017.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Paula McNabb<br>
Deputy Clerk