THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLEN THOMAS STEWART,<br><br>Defendant. | CASE NO. CR11-0120-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Glen Stewart's *pro se* motion for a writ of *audita querela* (Dkt. No. 1196). Stewart again raises his argument that his constitutional right to effective assistance of counsel was violated. (*See id.* at 6, 7.) However, "a federal prisoner may not challenge a conviction or sentence by way of a petition for a writ of *audita querela* when that challenge is cognizable under § 2255." *United States v. Valdez-Pacheco*, 237 F.3d 1077, 1080 (9th Cir. 2001). As this Court has informed Mr. Stewart numerous times, the claims he raises are the type that can—and must—be pursued through a 28 U.S.C. § 2255 habeas petition. (*See* Dkt. No. 1190 at 2; Dkt. No. 1195 at 2.)

The motion (Dkt. No. 1196) is DENIED. The Clerk is DIRECTED to send a copy of this to Mr. Stewart.

DATED this 3rd day of August 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
