THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLEN THOMAS STEWART,<br><br>Defendant. | CASE NO. CR11-0120-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion for a reduction of his sentence pursuant to *United States v. Smith*, 27 F.3d 649 (D.C. Cir. 1994) (Dkt. No. 1207). Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby DENIES the motion for the reasons explained herein.

## I.    BACKGROUND

Defendant was convicted of conspiracy to distribute cocaine and attempted possession of cocaine with intent to distribute. (Dkt. No. 821.) On November 9, 2012, the Court sentenced Defendant to 144 months of incarceration to be followed by five years of supervised release. (Dkt. No. 901.) Defendant moves for a 13-month reduction in his sentence. (Dkt. No. 1207.)

## II.    DISCUSSION

"[A] district court does not have inherent power to resentence defendants at any time. Its authority to do so must flow either from the court of appeals mandate . . . or from Federal Rule

of Criminal Procedure 35." *United States v. Ceballos*, 671 F.3d 852, 854 (9th Cir. 2011) (quoting *United States v. Handa*, 122 F.3d 690, 691 (9th Cir. 1997)); *see also* 18 U.S.C. §§ 3582(b), (c) (stating grounds upon which a court may modify a term of imprisonment once it has been imposed).

The D.C. Circuit's decision in *Smith* concerned a downward departure that may be applied at sentencing "where the defendant's status as a deportable alien is likely to cause a fortuitous increase in the severity of his sentence." *Smith*, 27 F.3d at 655. The decision does not provide courts with authority to modify a previously imposed sentence. No other ground authorizing the Court to modify Defendant's sentence presently exists. *See* 18 U.S.C. §§ 3582(b), (c); Fed. R. Crim. P. 35. Thus, the Court lacks the jurisdiction to modify Defendant's sentence in the manner he has requested, and his motion is DENIED.

## III. CONCLUSION

For the foregoing reasons, Defendant's motion for a reduction in his sentence pursuant to *Smith* (Dkt. No. 1207) is DENIED. Defendant's pending motion for leave to file a reply and for an extension of time to file a reply (Dkt. No. 1210) is DENIED.

DATED this 6th day of November 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE