THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff-Respondent,<br><br>    v.<br><br>GLEN THOMAS STEWART,<br><br>                Defendant-Movant. | CASE NO. CR11-0120-JCC<br><br>ORDER |

This matter comes before the Court *sua sponte*. On October 13, 2015, the Court stayed this case pending the outcome of Defendant's appeal of his conviction. (Dkt. No. 1126.) The Court terminated Defendant's motion to reduce sentence pending the outcome of his appeal. (*Id.* at 2; *see* Dkt. No. 1117.) Defendant filed three appeals, the last of which was resolved by the Ninth Circuit Court of Appeals on November 19, 2018. (*See* Dkt. Nos. 1110, 1148, 1153, 1191, 1198, 1199, 1202, 1209, 1212.) Because Defendant does not have any active appeals and the Ninth Circuit issued its most recent mandate approximately one year ago, the Court hereby ORDERS that the stay in this case is LIFTED. The Clerk is DIRECTED to note Defendant's motion to reduce sentence (Dkt. No. 1117), to which the Government has already filed a response, (Dkt. No. 1133), for the Court's consideration on October 4, 2019.

//

//

1     DATED this 24th day of September 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE